■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DELGADO, Appellant. [770 NYS2d 866]—Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered April 23, 2002, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him to a term of three years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. Issues of credibility, including the weight to be given to inconsistencies in testimony, were properly considered by the jury and there is no basis for disturbing its determinations (*see People v Gaimari*, 176 NY 84, 94 [1903]). The credible evidence warranted the conclusion that the weapon recovered by the police had been in defendant's possession. Concur—Buckley, P.J., Andrias, Lerner and Friedman, JJ.

■ In the Matter of GUSTAVO C., a Person Alleged to be a Juvenile Delinquent, Appellant. [770 NYS2d 867]—Order of disposition, Family Court, Bronx County (Clark Richardson, J.), entered on or about October 29, 2002, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of attempted assault in the first degree, attempted assault in the second degree (two counts), assault in the second degree and criminal possession of a weapon in the fourth degree, and placed him with the Office of Children and Family Services for a period of up to 18 months, unanimously affirmed, without costs.

The court's finding was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). There is no basis for disturbing the court's determinations concerning credibility. The credible evidence disproved appellant's justification defense beyond a reasonable doubt. Concur—Buckley, P.J., Andrias, Lerner and Friedman, JJ.